WILLIAMS, EXR., APPELLANT, *v.* O'BRIEN ET AL., APPELLEES.

[Cite as *Williams v. O'Brien* (1995), 72 Ohio St.3d 288.]

(No. 93–111—Submitted April 25, 1995—Decided June 7, 1995.)

*John H. Metz,* for appellant.

*Jenks, Surdyk & Cowdrey Co., L.P.A.,* and *Robert F. Cowdrey,* for appellees Paul E. O'Brien and Paul E. O'Brien, M.D., Inc.

*Bieser, Greer & Landis, Howard P. Krisher* and *Konrad Kircher,* for appellee Kettering Medical Center, d.b.a. Sycamore Hospital.

The judgment of the court of appeals is affirmed on the authority of *Stinson v. England* (1994), 69 Ohio St.3d 451, 633 N.E.2d 532.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. We should add the learned treatise exception to the hearsay rule in Ohio Evid.R. 803, so that it mirrors its federal counterpart, Fed.Evid.R. 803(18). I, accordingly, dissent.